**Exhibit A to the Complaint**

**Location:** Port Chester, NY  
**Total Works Infringed:** 36  
**IP Address:** 100.37.133.120  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C695EDFA34BDA5089F0EC37C361E56A8C5CF5878 File Hash: DFB96246FAF43B88B6AA8D9ECE6BD4CF7DB5EFB3E416CA5A9C08219EDCA0C24B | 07/06/2020 14:18:05 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 2 | Info Hash: CD4A9FC390088E589AF0B4D5296E65EA92F8467D File Hash: 165E8220252E08B6E41C3A3D66BE71D78F87504E3C1566BEB22BEDAE4E139A31 | 06/22/2020 14:18:31 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 3 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 05/04/2020 19:16:37 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 4 | Info Hash: 119AF0FE0D600A691A6BE72E8E70780F0211AD6F File Hash: DEF2A0F290E45AF5B8763396AFF59078D56742F92C671B88355E180BA3E645EA | 05/01/2020 21:45:28 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 5 | Info Hash: D34AC7BBEFC98228D9B0B81EE0DC3E307391FE19 File Hash: 9186FE7C5262EE2F37AEE2AC736662CC1382F073980E77808498DA3095CDAAD3 | 02/10/2020 22:44:44 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 6 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 01/28/2020 21:26:52 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 7 | Info Hash: 9E5DDD510945C8DD46FF3E459522F0292D605EE0 File Hash: 27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 01/28/2020 20:44:03 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 8 | Info Hash: B2A0ED65FF4957BEEE2640BEB71398509EC2B4A7 File Hash: 4D5114E4D11A3B7FB2957BAC4D247344E80E60BE4EC77AE7D0A77CBDF33A59E2 | 01/27/2020 23:32:12 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: A8F89195C84549E7FB39FBDB8720C479AD022662<br>File Hash: F8CE8E0DB0EAB65F9B5BC1D3EEAF22F89AE169435419C66E28A8E19AED15A875 | 01/25/2020 21:14:47 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 10 | Info Hash: B96BCDF4558FFA95A926B8F0957D4832CB123808<br>File Hash: C358AB3FFACF26D8E4A32B5DB6946845E742B47D7CB8E99262F2633056E9268C | 01/13/2020 02:52:49 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 11 | Info Hash: C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash: D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 01/13/2020 02:52:47 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 12 | Info Hash: 315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash: 0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 01/13/2020 02:52:47 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 13 | Info Hash: 8B2548496AD120D1FD096380F223C0C37D42B2B1<br>File Hash: 15378B1ED6FF670EAA1B7274A3B267545E367F430B33CC0B0AAD9F32DA30C7A7 | 01/13/2020 02:52:47 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 14 | Info Hash: 5516C3DB21F565831FCC449496722F7D2EEF5D58<br>File Hash: BDA9BA99487F613A5ECBE5565801CC20786162CEA85527894D1E3094D7BBE315 | 01/07/2020 18:32:49 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 15 | Info Hash: 5A8BC94EE6DAF663693A4425805DA4185720FBF4<br>File Hash: DCA9008E159239B44ED229D021F7176DC5866A114C36F038FA6D99DA91D2F501 | 12/28/2019 00:55:22 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 16 | Info Hash: FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash: 4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 12/23/2019 22:30:01 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 17 | Info Hash: 118EB86B2CCCBB2C282856AC27FF2515ADB8D284<br>File Hash: A319BE235C2DE4351DBC9EAE8A2DDC8BBD4B23E031D8A4B0A020E2DE1CAF84C1 | 12/23/2019 21:29:40 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250<br>File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 12/23/2019 21:22:12 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 19 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366<br>File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 12/23/2019 21:22:11 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 20 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 12/23/2019 21:22:07 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 21 | Info Hash: 5388E2AF6BA053552505447FD1595996482FCA4F<br>File Hash: C4EDA32CE636035DA04104E6A719A7FD6E92E96C7156530628C7A8A823FF1F00 | 12/22/2019 22:11:25 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 22 | Info Hash: CB3E0990402330F8BB53F646F8F4442823D49B2D<br>File Hash: 47DBB7C708EA487E8F95EB89FBDC0596204EADDC029D9BCD1FD57B8E9FF2552E | 12/16/2019 23:49:55 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 23 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 12/16/2019 22:04:58 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 24 | Info Hash: 0C3DE4F2C051D172C64E1806FF1443E927D83769<br>File Hash: E2C7F4AA2C72DC7A352817F7CE175170EF8AB2A69D96A7CA1F3F3F8768E8A3B4 | 12/15/2019 18:56:46 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |
| 25 | Info Hash: DF34CC6992211EE8A95AB83B591717F6865A3446<br>File Hash: 3C35E347672A754E6CB420CA24AC0CB4D28D63917E6BB0496915BB78C27B11C9 | 12/15/2019 18:35:48 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 26 | Info Hash: 0E88A66CCAB0C708774C78CAEFEBEC4EEDBEACCF<br>File Hash: 607A12C013F9B75E0B48C01A9B1D64908F15FDDEAE6F90A85FEAC18574F98C88 | 12/15/2019 18:16:42 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 1966DD7D52A5FA98961A28CB9CAFB81EEBDBFD2A<br>File Hash: 45C2649F6F7F08AA46A93D1D5086BDF7702AA909526AE3D7D7984F1654F6F0C6 | 12/15/2019 18:04:33 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 28 | Info Hash: 00E76680265AA6145E5104F972BDED865E564648<br>File Hash: 01FF5F2733F0DB3E3E99DAA974FA4AE1DB23077BB9312F2E37DBABAC7B08D1D4 | 12/15/2019 14:24:56 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |
| 29 | Info Hash: B6F5BDCA722BCAC4EAB1561FCDE83A4AC08FFB8E<br>File Hash: 5F012319ADF87B5C2017760F4724BC017094185E636CE8EC7E07A722713C1EF8 | 12/09/2019 10:53:17 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 30 | Info Hash: A0EE50D507F02440753CEBA380F2629D20169CDA<br>File Hash: F264BD15413CDC3467CCB219510F621A242B0AF734D9F7773768ACD6E62A5209 | 12/09/2019 06:44:04 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 31 | Info Hash: CD3EF1BF5222E0E5E7A30BAE0B52B69B96099124<br>File Hash: E02D3BFD9D95E78D21029FDCF8B841B3E4CFCAED0128FB308C8B54100E8F3C25 | 12/09/2019 05:07:33 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 32 | Info Hash: 103C104845EA92DF434870AF32157ADF8776A105<br>File Hash: 9B8A219E98FA288C57CCF76D04BC85851A377884ADA249E4D50065ACC4596450 | 12/08/2019 23:18:56 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 33 | Info Hash: FE706A0D53DE236096C6D3E561F68FD029D88C64<br>File Hash: 381C875766CA311B44337738CE356883415E15515B861AF0B6E73AE565B27C62 | 12/08/2019 23:18:52 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 34 | Info Hash: DC30D38A95162A141FFA955504BFE982F6083265<br>File Hash: E709DB0873EC57F63BCD875EF6E75B82CC7BE6BC5FC8D58693710224BC14BDB9 | 12/08/2019 12:46:15 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 35 | Info Hash: 7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash: C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 12/08/2019 12:19:38 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DF073BB905FA736618C4185BB388B1C2F681BF59<br>File Hash: 69DBBB44BA79EB1F36D89474160E2775F570756E5F5A3A17089B00D62E7130DA | 12/05/2019 19:50:06 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |