AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:20-cv-06604    DATE FILED<br>8/18/2020 | United States District Court - Southern District of New York |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 100.37.133.120 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>12/4/2020 |
|---|---|---|
| CLERK<br>s/Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>12/7/2020 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Port Chester, NY

**Total Works Infringed:** 36

**IP Address:** 100.37.133.120

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: C695EDFA34BDA5089F0EC37C361E56A8C5CF5878 File Hash: DFB96246FAF43B88B6AA8D9ECE6BD4CF7DB5EFB3E416CA5A9C08219EDCA0C24B | 07/06/2020 14:18:05 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 2 | Info Hash: CD4A9FC390088E589AF0B4D5296E65EA92F8467D File Hash: 165E8220252E08B6E41C3A3D66BE71D78F87504E3C1566BEB22BEDAE4E139A31 | 06/22/2020 14:18:31 | Blacked | 06/20/2020 | 07/17/2020 | PA0002248594 |
| 3 | Info Hash: 11575B869DE3A034D920FFDFADEB055C540A076F File Hash: 9769506A26BB7AB24ADA6E8FF52442E3358BCEA9CC9F82DD85B901079B2C4AC6 | 05/04/2020 19:16:37 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 4 | Info Hash: 119AF0FE0D600A691A6BE72E8E70780F0211AD6F File Hash: DEF2A0F290E45AF5B8763396AFF59078D56742F92C671B88355E180BA3E645EA | 05/01/2020 21:45:28 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 5 | Info Hash: D34AC7BBEFC98228D9B0B81EE0DC3E307391FE19 File Hash: 9186FE7C5262EE2F37AEE2AC736662CC1382F073980E77808498DA3095CDAAD3 | 02/10/2020 22:44:44 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 6 | Info Hash: 11BE292AF7B6E97B5F5DF01D28694305D92417DA File Hash: 6D2F0AF16950FAA5B78A689DAD0DC66362AEFB1D9655E752A283DD0AEBAED0EF | 01/28/2020 21:26:52 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 7 | Info Hash: 9E5DDD510945C8DD46FF3E459522F0292D605EE0 File Hash: 27ACBEAFD3C064094A693AFC0818310C36EDABEFCD4508C74040DFC08488C1D6 | 01/28/2020 20:44:03 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 8 | Info Hash: B2A0ED65FF4957BEEE2640BEB71398509EC2B4A7 File Hash: 4D5114E4D11A3B7FB2957BAC4D247344E80E60BE4EC77AE7D0A77CBDF33A59E2 | 01/27/2020 23:32:12 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>A8F89195C84549E7FB39FBDB8720C479AD022662<br>File Hash:<br>F8CE8E0DB0EAB65F9B5BC1D3EEAF22F89AE169435419C66E28A8E19AED15A875 | 01/25/2020<br>21:14:47 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 10 | Info Hash:<br>B96BCDF4558FFA95A926B8F0957D4832CB123808<br>File Hash:<br>C358AB3FFACF26D8E4A32B5DB6946845E742B47D7CB8E99262F2633056E9268C | 01/13/2020<br>02:52:49 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 11 | Info Hash:<br>C9F33CBBA97AD447098DDEBA78E24020D3938C10<br>File Hash:<br>D251B62A82C8F59D740F9B3CB21B829B90D45CBE01F3BA6BF71F5438F3270448 | 01/13/2020<br>02:52:47 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 12 | Info Hash:<br>315D6998E997E35BA990750436DC4FCC9A8D1E5D<br>File Hash:<br>0E37654E33ECDB734A7E5DB1FB6D985CE23524DD2A4333ACCB36D2C304E80345 | 01/13/2020<br>02:52:47 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 13 | Info Hash:<br>8B2548496AD120D1FD096380F223C0C37D42B2B1<br>File Hash:<br>15378B1ED6FF670EAA1B7274A3B267545E367F430B33CC0B0AAD9F32DA30C7A7 | 01/13/2020<br>02:52:47 | Blacked<br>Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |
| 14 | Info Hash:<br>5516C3DB21F565831FCC449496722F7D2EEF5D58<br>File Hash:<br>BDA9BA99487F613A5ECBE5565801CC20786162CEA85527894D1E3094D7BBE315 | 01/07/2020<br>18:32:49 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 15 | Info Hash:<br>5A8BC94EE6DAF663693A4425805DA4185720FBF4<br>File Hash:<br>DCA9008E159239B44ED229D021F7176DC5866A114C36F038FA6D99DA91D2F501 | 12/28/2019<br>00:55:22 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 16 | Info Hash:<br>FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash:<br>4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 12/23/2019<br>22:30:01 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 17 | Info Hash:<br>118EB86B2CCCBB2C282856AC27FF2515ADB8D284<br>File Hash:<br>A319BE235C2DE4351DBC9EAE8A2DDC8BBD4B23E031D8A4B0A020E2DE1CAF84C1 | 12/23/2019<br>21:29:40 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash: A323CE426DF8477D9E081137B6455177AD8A5250 File Hash: 1AB2725B8ADE18D027E1DDFB402C129AC6926A2368BDB27144E697901F8EB646 | 12/23/2019 21:22:12 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 19 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366 File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 12/23/2019 21:22:11 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 20 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649 File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 12/23/2019 21:22:07 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 21 | Info Hash: 5388E2AF6BA053552505447FD1595996482FCA4F File Hash: C4EDA32CE636035DA04104E6A719A7FD6E92E96C7156530628C7A8A823FF1F00 | 12/22/2019 22:11:25 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 22 | Info Hash: CB3E0990402330F8BB53F646F8F4442823D49B2D File Hash: 47DBB7C708EA487E8F95EB89FBDC0596204EADDC029D9BCD1FD57B8E9FF2552E | 12/16/2019 23:49:55 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 23 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 12/16/2019 22:04:58 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 24 | Info Hash: 0C3DE4F2C051D172C64E1806FF1443E927D83769 File Hash: E2C7F4AA2C72DC7A352817F7CE175170EF8AB2A69D96A7CA1F3F3F8768E8A3B4 | 12/15/2019 18:56:46 | Blacked | 11/16/2019 | 12/03/2019 | PA0002232049 |
| 25 | Info Hash: DF34CC6992211EE8A95AB83B591717F6865A3446 File Hash: 3C35E347672A754E6CB420CA24AC0CB4D28D63917E6BB0496915BB78C27B11C9 | 12/15/2019 18:35:48 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 26 | Info Hash: 0E88A66CCAB0C708774C78CAEFEBEC4EEDBEACCF File Hash: 607A12C013F9B75E0B48C01A9B1D64908F15FDDEAE6F90A85FEAC18574F98C88 | 12/15/2019 18:16:42 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash: 1966DD7D52A5FA98961A28CB9CAFB81EEBDBFD2A File Hash: 45C2649F6F7F08AA46A93D1D5086BDF7702AA909526AE3D7D7984F1654F6F0C6 | 12/15/2019 18:04:33 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 28 | Info Hash: 00E76680265AA6145E5104F972BDED865E564648 File Hash: 01FF5F2733F0DB3E3E99DAA974FA4AE1DB23077BB9312F2E37DBABAC7B08D1D4 | 12/15/2019 14:24:56 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |
| 29 | Info Hash: B6F5BDCA722BCAC4EAB1561FCDE83A4AC08FFB8E File Hash: 5F012319ADF87B5C2017760F4724BC017094185E636CE8EC7E07A722713C1EF8 | 12/09/2019 10:53:17 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 30 | Info Hash: A0EE50D507F02440753CEBA380F2629D20169CDA File Hash: F264BD15413CDC3467CCB219510F621A242B0AF734D9F7773768ACD6E62A5209 | 12/09/2019 06:44:04 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |
| 31 | Info Hash: CD3EF1BF5222E0E5E7A30BAE0B52B69B96099124 File Hash: E02D3BFD9D95E78D21029FDCF8B841B3E4CFCAED0128FB308C8B54100E8F3C25 | 12/09/2019 05:07:33 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 32 | Info Hash: 103C104845EA92DF434870AF32157ADF8776A105 File Hash: 9B8A219E98FA288C57CCF76D04BC85851A377884ADA249E4D50065ACC4596450 | 12/08/2019 23:18:56 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 33 | Info Hash: FE706A0D53DE236096C6D3E561F68FD029D88C64 File Hash: 381C875766CA311B44337738CE356883415E15515B861AF0B6E73AE565B27C62 | 12/08/2019 23:18:52 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 34 | Info Hash: DC30D38A95162A141FFA955504BFE982F6083265 File Hash: E709DB0873EC57F63BCD875EF6E75B82CC7BE6BC5FC8D58693710224BC14BDB9 | 12/08/2019 12:46:15 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 35 | Info Hash: 7DC5428D1EBD837307A66BC522B52C7F3CEE7870 File Hash: C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 12/08/2019 12:19:38 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash: DF073BB905FA736618C4185BB388B1C2F681BF59 File Hash: 69DBBB44BA79EB1F36D89474160E2775F570756E5F5A3A17089B00D62E7130DA | 12/05/2019 19:50:06 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STRIKE 3 HOLDINGS, LLC,

               Plaintiff,

v.

JOHN DOE subscriber assigned IP address 100.37.133.120,

               Defendant.

Civil Action No. 7:20-cv-06604-PMH

**PLAINTIFF'S NOTICE OF SETTLEMENT AND**
**VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 100.37.133.120 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq.. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 4, 2020          Respectfully submitted,

By:    /s/ *Jacqueline M. James*__
        Jacqueline M. James, Esq. (#1845)
        The James Law Firm, PLLC
        445 Hamilton Avenue, Suite 1102
        White Plains, New York 10601
        T: 914-358-6423
        F: 914-358-6424
        E-mail:  jjames@jacquelinejameslaw.com
        *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jacqueline M. James*
　　　Jacqueline M. James, Esq.

2